Edwin Aiwazian (Cal. State Bar No. 232943)
*edwin@calljustice.com*
Arby Aiwazian (Cal. State Bar No. 269827)
*arby@calljustice.com*
Joanna Ghosh (Cal. State Bar No. 272479)
*joanna@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

*Attorneys for* Plaintiff Jeree Gant, the Class, and FLSA Members

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREE GANT, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALDI, INC., a California corporation; AI CALIFORNIA LLC, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Lead Case No.: 2:19-cv-03109-JAK-PLA<br>*Consolidated Case No*.: 2:19-cv-06741-JAK-PLA<br><br>Honorable John A. Kronstadt<br>Courtroom 10B<br><br>**<u>CLASS ACTION</u>**<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**<br><br>[Plaintiffs' Motion for Final Approval of Class and Collective Action Settlement; Declaration of Settlement Administrator (Lindsay Kline); and [Proposed] Order and Judgment filed concurrently herewith] |
| JENNIFER LACEY-SALAS, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALDI, INC., a California corporation; AI CALIFORNIA LLC, a Limited Liability Company; and DOES 1 through 50, Inclusive,<br><br>　　　　Defendants. | Date:　　　　July 19, 2021<br>Time:　　　　8:30 a.m.<br>Courtroom:　　10B |

Norman B. Blumenthal (Cal. State Bar No. 068687)
Kyle R. Nordrehaug (Cal. State Bar No. 205975)
Aparajit Bhowmik (Cal. State Bar No. 248066)
**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
2255 Calle Clara
La Jolla, California 92037
Tel: (858) 551-1223 / Fax: (858) 551-1232

*Attorneys for* Plaintiff Jennifer Lacey-Salas

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF
CLASS AND COLLECTIVE ACTION SETTLEMENT**

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on **July 19, 2021,** at **8:30 a.m.**, or as soon as this matter may be heard before the Honorable John A. Kronstadt in Courtroom 10B of the United States District Court for the Central District of California, First Street Courthouse, 350 West First Street, Los Angeles, California 90012, Plaintiffs Jeree Gant and Jennifer Lacey-Salas ("Plaintiffs"), will and hereby do move, for an order granting final approval of:

1. The proposed class action settlement described herein and as set forth in the parties' Class and Collective Action Settlement Agreement and Release ("Settlement," "Agreement," or "Settlement Agreement"), on the grounds that the Settlement is fair, reasonable, and adequate because:

- A Net Settlement Amount of approximately **$1,255,000.00**, of which $1,129,500.00 (i.e., 90% of the Net Settlement Amount) is allocated to the Class Settlement ("Class Fund") and is available for distribution to the Class Members who did not submit a timely and valid Request for Exclusion ("Participating Class Members") and $125,500.00 (i.e., 10% of the Net Settlement Amount) is allocated to the FLSA Settlement ("FLSA Fund") and is available for distribution to FLSA Members;

- **No Notices of Objection** were submitted to the Settlement Administrator; and

- **Only two (2) Requests for Exclusion** were submitted to the Settlement Administrator by Class Members.

2. Payment in the total amount of **$25,000.00** to the Settlement Administrator, Simpluris, Inc., for the Settlement Administration Costs.

///

///

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

1

**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

1  This motion is based on the concurrently-filed Memorandum of Points and Authorities and the Declaration of Settlement Administrator (Lindsay Kline) in support thereof; as well as the concurrently-filed Motion for Final Approval of Class Counsel Fees and Costs and Enhancement Awards, and Declarations of Plaintiffs' Counsel (Edwin Aiwazian and Norman B. Blumenthal) and Class Representatives (Jeree Gant and Jennifer Lacey-Salas) in support thereof; the pleadings and other records on file with the Court in this matter; and upon such documentary evidence and oral argument as may be presented at or before the hearing on this motion.

Dated: June 11, 2021                **LAWYERS *for* JUSTICE, PC**

By: /s/ Edwin Aiwazian
Edwin Aiwazian
*Attorneys for* Plaintiff Jeree Gant, the Class, and FLSA Members