SEYFARTH SHAW LLP
Laura Wilson Shelby (SBN 151870)
lshelby@seyfarth.com
Mason R. Winters (SBN 273639)
mwinters@seyfarth.com
Leo Q. Li (SBN 293539)
lli@seyfarth.com
Jennifer R. Nunez (SBN 291422)
jnunez@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:	(310) 277-7200
Facsimile:	(310) 201-5219

Attorneys for Defendants
ALDI INC. and AI CALIFORNIA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREE GANT, individually, and on behalf of other members of the general public similarly situated,<br><br>      Plaintiff,<br><br>      vs.<br><br>ALDI, INC., a California corporation; AI CALIFORNIA LLC, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>      Defendants.<br><br>JENNIFER LACEY-SALAS, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>      Plaintiff,<br><br>      vs.<br><br>ALDI, INC., a California corporation; AI CALIFORNIA LLC, a Limited Liability Company; and DOES 1 through 50, Inclusive,<br><br>      Defendants. | Case No.: 2:19-cv-03109-JAK-PLA<br><br>Honorable John A. Kronstadt<br><br>**DEFENDANTS ALDI, INC. AND AI CALIFORNIA LLC'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' (1) MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT [DKT. 65] AND (2) MOTION FOR CLASS COUNSEL FEES AND COSTS AND ENHANCEMENT AWARDS [DKT. 66]**<br><br>**(Local Rule 7-9)**<br><br>Complaint Filed: February 14, 2019<br>FAC Filed            June 13, 2019<br>Trial Date:            None Set |

DEFENDANTS' STATEMENT OF NON-OPPOSITION

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Rule 7-9, Defendants Aldi Inc. and AI California LLC ("Defendants") hereby gives notice that it does not oppose Plaintiffs' (1) Motion for Final Approval of Class and Collective Action Settlement [Dkt. 65], and (2) Motion for Class Counsel Fees and Costs and Enhancement Awards [Dkt. 66], both scheduled for hearing before this Court at 8:30 a.m. on July 19, 2021.

Dated: June 22, 2021          **SEYFARTH SHAW LLP**

By: */s/ Jennifer R. Nunez*
   Laura Wilson Shelby
   Mason R. Winters
   Leo Q. Li
   Jennifer R. Nunez
   *Attorneys for* Defendants Aldi Inc. and AI California LLC

---

1
DEFENDANTS' STATEMENT OF NON-OPPOSITION