UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV19-03109 JAK (PLAx) | Date | July 19, 2021 |
| Title | Jeree Gant v. ALDI, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Lisa Gonzalez |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Joanna Ghosh<br>Kyle Nordrehaug | Leo Li |

**Proceedings:**    **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT (DKT. 65)**

**PLAINTIFFS' MOTION FOR CLASS COUNSEL FEES AND COSTS AND ENHANCEMENT AWARDS (DKT. 66)**

The motion hearing is held via Zoom Webinar. Counsel, the Court and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. The Court states its tentative views that it is inclined to grant the Motion for Final Approval of Class and Collective Action Settlement (Dkt. 65) and the Motion for Class Counsel Fees and Costs and Enhancement Awards (Dkt. 66) (together, the "Motions"). Counsel address the Court. The Court adheres to its tentative views, and the Motions are **GRANTED**, with a written, detailed Order to follow. The Court approves attorney's fees in the amount of $630,000 and incentive awards in the amounts of $7,500, and $6,000 for Plaintiffs Jeree Gant and Jennifer Lacey-Salas, respectively. Plaintiffs shall lodge a proposed judgment in accordance with these terms.

**IT IS SO ORDERED.**

| | : | 16 |
|---|---|---|
| Initials of Preparer | TJ | |