**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREE GANT, individually, and on behalf of other members of the general public similarly situated,<br><br>             Plaintiff,<br><br>        vs.<br><br>ALDI, INC., a California corporation; AI CALIFORNIA LLC, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>             Defendants. | Lead Case No.: 2:19-cv-03109-JAK-PLA<br>*Consolidated Case No*.: 2:19-cv-06741-JAK-PLA<br><br>**JUDGMENT** |
| JENNIFER LACEY-SALAS, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>             Plaintiff,<br><br>        vs.<br><br>ALDI, INC., a California corporation; AI CALIFORNIA LLC, a Limited Liability Company; and DOES 1 through 50, Inclusive,<br><br>             Defendants. | |

Jeree Gant and Jennifer Lacey-Salas ("Plaintiffs") and Defendants ALDI Inc. and AI California, LLC ("Defendants") having settled the above-captioned action ("Action"), and the Court having entered an order granting Plaintiffs' Motion for Final Approval of Class and Collective Action Settlement on July 19, 2021 ("Final Approval Order"), and good cause appearing, **HEREBY ENTERS JUDGMENT, ORDERING, ADJUDICATING, AND DECREEING THAT**:

1. Except as set forth in the Class and Collective Action Settlement Agreement and Release ("Settlement," "Agreement," or "Settlement Agreement") and the Final Approval Order, Plaintiffs, Participating Class Members, and Participating FLSA Members, shall take nothing by the Consolidated Class/Collective Action.

2. Each party shall bear its own attorneys' fees and costs, except as otherwise provided in the Settlement Agreement and Final Approval Order.

3. The following individuals timely and validly requested exclusion from the Class Settlement, and thereby, are not bound by the Class Settlement: Samuel Rotter and Javier Mendez.

4. The Court hereby enters Judgment by which all Participating Class Members are bound by the Class Settlement, and Participating Class Members shall be deemed to have given a release of any and all Released Class Claims against the Released Parties, as set forth in the Settlement Agreement.

5. The Court hereby enters Judgment by which all Participating FLSA Members shall be bound by the FLSA Settlement and part of the FLSA Collective, and all Participating FLSA Members shall be deemed to have given a release of any and all Released FLSA Claims against the Released Parties, as set forth in the Settlement Agreement.

///
///
///

6. As used herein, the quoted terms have the meanings set forth below:

    a. "Class" or "Class Members" means all current and former hourly-paid or non-exempt employees who worked for any of the Defendants within the State of California at any time during the period from February 14, 2015 through June 29, 2020.

    b. "Class Period" means the period from February 14, 2015 through June 29, 2020.

    c. "Class Settlement" means the settlement and resolution of Released Class Claims, which will be binding on all Participating Class Members.

    d. "Consolidated Class/Collective Action" means the consolidated action that includes *Jeree Gant v. ALDI, Inc., et al.*, United States District Court for the Central District of California, Case No. 2:19-cv-03l09-JAK-PLA (the "*Gant* Class Action") and *Jennifer Lacey-Salas v. ALDI Inc., et al.*, United States District Court for the Central District of California, Case No. 2:19-cv-06741-JAK-PLA (the "*Lacey-Salas* Action").

    e. "FLSA Members" means all current and former hourly-paid or non-exempt employees who worked for any of the Defendants within the State of California at any time during the period from February 14, 2016 through June 29, 2020.

    f. "FLSA Period" means the period from February 14, 2016 through June 29, 2020.

    g. "FLSA Settlement" means the settlement and resolution of Released FLSA Claims, which will be binding on all Participating FLSA Members.

    h. "Participating Class Members" means all Class Members who did not submit a timely and valid Request for Exclusion to the Settlement Administrator.

///

       i.       "Participating FLSA Members" means all FLSA Members who endorse and negotiate their FLSA Payment, and who are thereby deemed to have opted into and are bound by the FLSA Settlement.

       j.       "Released Class Claims" means any and all claims, rights, demands, liabilities and causes of action, whether known or unknown, that were asserted or that could have been asserted and arise from the same set of operative facts alleged in the operative complaints of the Consolidated Class/Collective Action during the Class Period, including, but not limited to, all claims under California Labor Code §§ 201-204, 210, 226, 226.7, 510, 512, 558, 1174, 1194, 1197, 1197.1, 1198, 2800, 2802, any applicable California Industrial Welfare Commission Wage Order, claims under the California Unfair Competition Law, California Business & Professions Code §§ 17200, *et seq.*, and any remedies for any of the claims described herein, including, damages, penalties, restitution, declaratory relief, equitable or injunctive relief, interest, attorneys' fees and costs. The Released Class Claims exclude all claims for civil penalties under the Private Attorneys General Act, California Labor Code §§ 2698, *et seq*. ("PAGA") and all claims provided for under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq*. ("FLSA").

       k.       "Released FLSA Claims" means any and all claims, rights, demands, liabilities and causes of action, whether known or unknown, that were asserted or reasonably could have been asserted based on the facts already alleged in the operative complaints of the Consolidated Class/Collective Action during the FLSA Period, for any alleged violations under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq*. (FLSA), including, but not limited to, failure to pay minimum wage or failure to pay overtime under the FLSA. The Released FLSA Claims covers only claims provided for under FLSA.

///

///

l. "Released Parties" means Defendants, their former, present and future owners, parents, subsidiaries and affiliates, and all of their current, former and future officers, directors, members, shareholders, managers, human resources representatives, employees, agents, principals, heirs, representatives, accountants, auditors, consultants, insurers and reinsurers, and attorneys of the entities listed in this paragraph.

7. After entry of this Judgment, the Court shall retain jurisdiction to construe, interpret, implement, and enforce the Settlement Agreement and this Judgment, to hear and resolve any contested challenge to a claim for settlement benefits, and to supervise and adjudicate any dispute arising from or in connection with the distribution of settlement benefits.

8. This Judgment is intended to be a final disposition of the Action in its entirety and is intended to be immediately appealable.

9. Notice of entry of this Judgment shall be given to the Participating Class Members and Participating FLSA Members by posting a copy of this Judgment on Simpluris, Inc.'s website for a period of at least sixty (60) calendar days after the date of entry of this Judgment. Individualized notice is not required.

Date:  August 25, 2021

_____
John A. Kronstadt
United States District Judge